## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**HARLEY HREJN, #983295,**
**and JOSHNA TAKACH, #J36940,**

     *Plaintiff,*

**v.**                               **Case No.: 4:24cv416-MW/MAF**

**RICKY DIXON, et al.,**

     *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. This Court agrees with the Magistrate Judge's conclusion that Plaintiffs have both failed to pay the filing fee or file a motion for leave to proceed *in forma pauperis*. In addition, this Court agrees with the recommendation that this action cannot continue because Plaintiffs improperly brought a joint civil action together without paying the filing fee. Accordingly, this Court need not reach the exhaustion issue also discussed in the report and recommendation. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion, except this Court declines to pass on the exhaustion issue. The

Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice** for failure to pay the filing fee or seek leave to proceed *in forma pauperis*." The Clerk shall close the file.

**SO ORDERED on November 4, 2024.**

**s/Mark E. Walker**
**Chief United States District Judge**